```
1  JEFFREY A. KAISER, ESQ. [SBN 160594]
2  MARTHA A. H. BERMAN, ESQ. [SBN 122212]
   SEAN P. WORSEY, ESQ. [SBN 215807]
3  LEVIN SIMES & KAISER LLP
   One Bush Street, 14th Floor
4  San Francisco, California 94104
5  Telephone:  (415) 646-7160
   Fax:        (415) 981-1270
6
7  Attorneys for Plaintiffs,
   KARLIN K. BARNHILL
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KARLIN K. BARNHILL, | ) Case No. CV 04071-MMC |
|---|---|
| Plaintiffs, | ) |
| | ) [~~PROPOSED~~] ORDER |
| vs. | ) SHORTENING TIME FOR |
| | ) HEARING ON PLAITNIFF'S |
| | ) MOTION TO REMAND. |
| A. W. CHESTERTON COMPANY, et al., | ) |
| | ) Courtroom: 7 |
| Defendants. | ) |

**ORDER OF THE COURT**

Having reviewed the written stipulation of Plaintiff Karlin Barnhill and defendant A.C. Houston Lumber Company entered into through their respective counsel of record, it is hereby ORDERED:

1. Plaintiff Karlin Barnhill's Motion to Remand shall be heard on October 28, 2005 at 9:00 a.m.;

///

2.  Defendant's Opposition papers shall be filed and served no later than October 21, 2005; and

3.  Plaintiff's Reply to Opposition, if any, shall be filed and served no later than October 26, 2005.

4.  Defendant shall lodge a chambers copy of its opposition, and plaintiff shall lodge a chambers copy of its reply, the same date each such document is filed.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: October 18, 2005

_____
Hon. Maxine M. Chesney
Judge of the United States District Court