JEFFREY A. KAISER, ESQ. [SBN 160594]
MARTHA A. H. BERMAN, ESQ. [SBN 122212]
SEAN P. WORSEY, ESQ. [SBN 215807]
**LEVIN SIMES & KAISER LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone:   (415) 646-7160
Fax:              (415) 981-1270

Attorneys for Plaintiffs,
KARLIN K. BARNHILL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIN K. BARNHILL, | Case No. CV 04071-MMC |
| Plaintiffs, | [~~PROPOSED~~] **ORDER SHORTENING TIME FOR HEARING ON PLAITNIFF'S MOTION TO REMAND.** |
| vs. | |
| A. W. CHESTERTON COMPANY, et al., | Courtroom: 7 |
| Defendants. | |

### ORDER OF THE COURT

Having reviewed the written stipulation of Plaintiff Karlin Barnhill and defendant A.C. Houston Lumber Company entered into through their respective counsel of record, it is hereby ORDERED:

1. Plaintiff Karlin Barnhill's Motion to Remand shall be heard on October 28, 2005 at 9:00 a.m.;

///

2. Defendant's Opposition papers shall be filed and served no later than October 21, 2005; and

3. Plaintiff's Reply to Opposition, if any, shall be filed and served no later than October 26, 2005.

4. Defendant shall lodge a chambers copy of its opposition, and plaintiff shall lodge a chambers copy of its reply, the same date each such document is filed.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: October 18, 2005

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney
Judge of the United States District Court