IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARLIN K. BARNHILL,  No. C-05-4071 MMC

    Plaintiff, **ORDER OF DISMISSAL**

  v.

A.W. CHESTERTON COMPANY, et. al.,

    Defendants.

_____/

    The parties having advised the Court that they have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: November 10, 2005

                                              MAXINE M. CHESNEY
                                              United States District Judge