IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARLIN K. BARNHILL,

    Plaintiff,

v.

A.W. CHESTERTON COMPANY, et al.,

    Defendants

No. C-05-4071 MMC

**ORDER GRANTING DEFENDANT HAMILTON MATERIALS, INC.'S AMENDED MOTION FOR GOOD FAITH SETTLEMENT; VACATING HEARING**

(Docket No. 40)

    Before the Court is defendant Hamilton Materials, Inc.'s amended motion, filed November 10, 2005, for determination of good faith settlement, pursuant to §§ 877 and 877.6 of the California Code of Civil Procedure. Pursuant to Civil Local Rule 7-3(a), any opposition was required to be filed no later than November 25, 2005. To date, no opposition has been filed.

    Having considered the papers filed in support of the unopposed motion, the Court hereby VACATES the December 16, 2005 hearing, finds the settlement to be in good faith, and GRANTS the motion. See City of Grand Terrace v. Superior Court, 192 Cal. App. 3d 1251, 1261 (1987) (holding court may summarily grant unopposed motion for determination of good faith settlement where settling party files "barebones motion which sets forth the ground of good faith, accompanied by a declaration which sets forth a brief background of the case").

**IT IS SO ORDERED.**

Dated: November 30, 2005

MAXINE M. CHESNEY
United States District Judge